UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
Southern Division

CASE NO.:CV-08-B-0761-S

_____
                                        :
**SECURITIES AND EXCHANGE**             :
**COMMISSION,**                         :
                                        :
      **Plaintiff,**              :
                                        :
  **v.**                             :
                                        :
**LARRY P. LANGFORD,**                  :
**WILLIAM B. BLOUNT,**                  :
**BLOUNT PARRISH & CO., INC, AND**      :
**ALBERT W. LAPIERRE,**                 :
                                        :
      **Defendants.**              :
_____:

## NOTICE OF FILING CONSENTS AND FINAL JUDGMENTS

Plaintiff Securities and Exchange Commission files the attached Consents of Defendants William B. Blount, Blount Parrish & Co., Inc., and Albert LaPierre, each respectively consenting to entry of a Final Judgment of Permanent Injunction and Other Relief.  The three proposed Final Judgments also are attached, and the Commission asks the Court to enter the Final Judgments.  Entry of the Final Judgments will resolve the Commission's claims against those three Defendants.

July 2, 2010                            Respectfully submitted,

                                                              s/Robert K. Levenson

                        Robert K. Levenson
                        Florida Bar No. 0089771
                        Regional Trial Counsel
                        U.S. Securities and Exchange Commission
                        801 Brickell Avenue, Suite 1800
                        Miami, Florida 33131
                        (305) 982-6341 (direct dial)
                        (305) 536-4154 (facsimile)
                        levensonr@sec.gov
                        Appearing pursuant to Local Rule 83.1(c)

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 2, 2010, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Thomas E. Baddley, Esq.
Baddley & Mauro, LLC
2545 Highland Avenue South
Suite 100
Birmingham, AL 35205
Telephone:  (205) 939-0090
Facsimile:  (205) 939-0064
*Counsel for Larry P. Langford*

Andrew P. Campbell, Esq.
Caroline S. Gidiere, Esq.
Campbell, Gidiere, Lee, Sinclair and Williams
2100-A SouthBridge Parkway, Suite 450
Birmingham, AL 35209
Telephone:  (205) 803-0051
Facsimile:  (205) 803-0053
*Counsel for William B. Blount and*
*Blount Parrish & Co., Inc.*

Joseph A. Fawal, Esq.
Fawal & Spina
1330 21st Way S., Suite 200
Birmingham, AL 35205
Telephone: (205) 939-0590
Facsimile: (205) 933-0101
*Counsel for Albert W. LaPierre*