UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
Southern Division

CASE NO.:CV-08-B-0761-S

_____

SECURITIES AND EXCHANGE
COMMISSION,

      Plaintiff,

  v.

LARRY P. LANGFORD,
WILLIAM B. BLOUNT,
BLOUNT PARRISH & CO., INC, AND
ALBERT W. LAPIERRE,

      Defendants.
_____

**PLAINTIFF'S NOTICE OF DISMISSAL OF CLAIMS FOR DISGORGEMENT, PREJUDGMENT INTEREST, AND CIVIL PENALTY AGAINST DEFENDANT LARRY LANGFORD**

Plaintiff Securities and Exchange Commission dismisses its claims for disgorgement, prejudgment interest, and a civil penalty against Defendant Larry Langford based on the criminal sentence, forfeiture and restitution orders in Case No. 7:08-CR-00245-LSC-PWG. This will end the Commission's actions in this case, and the Court may administratively close it as a result.

September 21, 2011                Respectfully submitted,

                                          s/Robert K. Levenson

                                      Robert K. Levenson
                                      Florida Bar No. 0089771
                                      Regional Trial Counsel
                                      U.S. Securities and Exchange Commission
                                      801 Brickell Avenue, Suite 1800
                                      Miami, Florida 33131
                                      (305) 982-6341 (direct dial)
                                      (305) 536-4154 (facsimile)
                                      levensonr@sec.gov
                                      Appearing pursuant to Local Rule 83.1(c)

## **CERTIFICATE OF SERVICE**

     I hereby certify that on September 21, 2011, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Thomas E. Baddley, Esq.
Baddley & Mauro, LLC
2545 Highland Avenue South
Suite 100
Birmingham, AL 35205
Telephone:  (205) 939-0090
Facsimile:  (205) 939-0064
*Counsel for Larry P. Langford*

Andrew P. Campbell, Esq.
Caroline S. Gidiere, Esq.
Campbell, Gidiere, Lee, Sinclair and Williams
2100-A SouthBridge Parkway, Suite 450
Birmingham, AL 35209
Telephone:  (205) 803-0051
Facsimile:  (205) 803-0053
*Counsel for William B. Blount and*
*Blount Parrish & Co., Inc.*

3

Joseph A. Fawal, Esq.
Fawal & Spina
1330 21st Way S., Suite 200
Birmingham, AL 35205
Telephone:  (205) 939-0590
Facsimile:  (205) 933-0101
*Counsel for Albert W. LaPierre*