# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **SECURITIES & EXCHANGE COMMISSION,** ) ) ) | |
| Plaintiff, ) ) | Civil Action Number |
| vs. ) ) | **2:08-cv-761-AKK** |
| **LARRY P. LANGFORD,** ) ) | |
| Defendant. ) ) ) | |

## ORDER

Consistent with the Securities and Exchange Commission's Notice of Dismissal, doc. 62, it is **ORDERED** the claims for disgorgement, prejudgment interest, and a civil penalty against Defendant Larry Langford are hereby **DISMISSED WITH PREJUDICE**. It is further **ORDERED** that this case is now **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs.

Done the 21st day of September, 2011.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE